IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SALLY CHOATE, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ASTRUE, <br> COMMISSIONER OF THE SOCIAL <br> SECURITY ADMINISTRATION, <br><br> Defendant. | § § § § § § § § § § § § § Civil Action No. **3:13-CV-0269-L** |

## ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on July 3, 2013, recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow orders of the court. No objections were filed to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow court orders.

**It is so ordered** this 23rd day of July, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order –Solo Page